UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                  Case No. 2:05-cr-5-FtM-33SPC

LUIS HATUEY PENALVER
_____/

**ORDER**

This cause is before the Court pursuant to Defendant Luis Hatuey Penalver's construed pro se Motion for Early Termination of Supervised Release (Doc. # 640), which was filed on February 24, 2017. The Government filed a Response in Opposition to the Motion on March 2, 2017. (Doc. # 642). For the reasons that follow, the Court grants the Motion.

**Discussion**

On January 10, 2006, the Court sentenced Defendant to a term of imprisonment of 135 months, to be followed by five years of supervised release, based on his convictions for conspiracy to possess with intent to distribute 1,000 or more marijuana plants and possession with intent to distribute 1,000 or more marijuana plants. (Doc. # 433). Defendant submits that he was released from prison in September of 2015 and has been under supervision since his release. (Doc. # 640 at 1). He maintains that "I have complied with all of the

1

requirements of my supervision without incident." (Id.). Defendant remarks that termination of supervision would assist him in his employment opportunities, in his ability to travel to visit family, and in obtaining a college degree.

Although the Government concedes that Defendant "has not had any violations to date," the Government argues against termination of supervision by noting that "the need for deterrence to criminal conduct is still present." (Doc. # 642 at 3).

Under 18 U.S.C. § 3583(e)(1), the Court may, after considering various factors enumerated in 18 U.S.C. § 3553

> terminate a term of supervised release and discharge the defendant released at any time after expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. § 3583(e)(1).

After conferring with Defendant's Probation Officers, the Court determines that it is appropriate to terminate Defendant's term of supervised release. Defendant's stated goals of maintaining gainful employment, strengthening family ties, and seeking higher education convince the Court that Defendant is on the right path toward reintegrating into

2

society after a lengthy prison sentence. The Court commends Defendant for his efforts and exercises its discretion to terminate Defendant's term of supervised release. However, the Court cautions Defendant that he must follow all governing laws and regulations and stay out of trouble.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant Luis Hatuey Penalver's construed pro se Motion for Early Termination of Supervised Release (Doc. # 640) is **GRANTED**.

(2) Termination of Supervised Release is effective **IMMEDIATELY** for Defendant Luis Hatuey Penalver.

**DONE** and **ORDERED** in Fort Myers, Florida, this 9th day of March, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record

United States Probation Office